UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Civil No. 02-70925

vs.

                              Honorable Patrick J. Duggan

FORD MOTOR COMPANY,

        Defendant.
_____/

**ORDER**

        The Court, being fully apprised of the Joint Motion by the United States and Ford Motor Company for an Indicative Ruling, hereby indicates that, should this case be remanded from the Court of Appeals, it will enter an order vacating its judgment of July 21, 2006, and its decision granting Defendant's Motion for Summary Judgment.

        IT IS SO ORDERED, this 1st day of July, 2008.


                              S/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated: July 1, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 1, 2008, by electronic and/or ordinary mail.

                              S/Marilyn Orem
                              Case Manager