UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

           Plaintiff,

                                      Civil No. 02-70925

vs.

                                      Honorable Patrick J. Duggan

FORD MOTOR COMPANY,

           Defendant.

_____/


**ORDER**

      This Court hereby grants the parties' Joint Motion for Vacatur of Judgment and Opinion,

and vacates its judgment of July 21, 2006, and its decision granting Defendant's Motion for

Summary Judgment.

      IT IS SO ORDERED, this 6th day of August, 2008.



                              S/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated:  August 6, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on
August 6, 2008, by electronic and/or ordinary mail.

                              S/Marilyn Orem
                              Case Manager